UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:10CV0133 |
| Plaintiff, | : | District Judge Timothy S. Black<br>Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| ERMELO OCAMPO RIVERA, | : | |
| Defendant. | : | |

### DECISION and ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #24), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. IT THEREFORE IS **ORDERED** THAT:

1. The Report and Recommendations filed on March 2, 2011 (Doc. #24) are **ADOPTED** in full;

2. The United States of America's motion for summary judgment or in the alternative for judgment of default (Doc. #22) is **GRANTED**, and judgment is ENTERED in favor of the United States and against Defendant Ermelo Ocampo Rivera;

3. The order admitting Defendant Ermelo Ocampo Rivera to citizenship is **REVOKED** and **SET ASIDE** and/or said Defendant's certificate of naturalization is **CANCELED**;

4. The Clerk of Courts is **DIRECTED** to transmit to the Attorney General a **CERTIFIED COPY** of this Order and Judgment; and

5. This case is **TERMINATED** on the docket of this Court.

Date: 4/8/11

Timothy S. Black
United States District Judge